UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

INNOCENT ASINOBI,

                                    Plaintiff,

-against-

THE CITY OF NEW YORK, ET AL.,

                                    Defendants.

------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13CV04944 (AKH)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation without further proceedings,

**WHEREAS,** Defendants do not admit any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York Sept 18, 2015

LAW FIRM OF OMAR T. MOHAMMEDI, LLC
*Attorneys for Plaintiff*
233 Broadway, Suite 801
New York, NY 10279

By: /s/ Elizabeth K. Kimundi
Elizabeth K. Kimundi
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Pena, and Vazquez*
100 Church Street, 3rd Floor
New York, New York 10007

By: /s/ Liza Sohn
Liza Sohn
Assistant Corporation Counsel

SO ORDERED:

/s/ Alvin K. Hellerstein
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

Dated: 9/18, 2015